**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Fairbanks Company** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 16-1176297 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **202 N. Division Street** **Rome, GA 30165** | **P.O. Box 1871** **Rome, GA 30161** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Floyd** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **www.fairbankscasters.com**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **The Fairbanks Company**                                      Case number (*if known*) _____
          Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____3399____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

---

Debtor    **The Fairbanks Company**
_____    Case number (*if known*) _____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name     _____
         Phone            _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

*The estimates contained in response to Nos. 14-16 exclude asbestos-related liabilities.

---

Debtor    **The Fairbanks Company**                                           Case number (*if known*)
          Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/31/2018
               MM / DD / YYYY

X _____          **Robert P. Lahre**
Signature of authorized representative of debtor    Printed name

Title    **CEO, Secretary, and Treasurer**

**18. Signature of attorney**    X  /s/ William L. Rothschild          Date    7/31/2018
                                 Signature of attorney for debtor              MM / DD / YYYY

**William L. Rothschild**
Printed name

**Ogier, Rothschild & Rosenfeld, PC**
Firm name

**Sandy Springs Office**
**450 Winfield Glen Court**
**Sandy Springs, GA 30342**
Number, Street, City, State & ZIP Code

Contact phone    **404-525-4000**    Email address    **br@orratl.com**

**616150 GA**
Bar number and State

## THE FAIRBANKS COMPANY

### Officer's Certificate

I, Robert P. Lahre, Chief Executive Officer, Secretary, and Treasurer of The

Fairbanks Company (the "Corporation"), a Georgia corporation, hereby certify as of the date

hereof that:

> Attached hereto as **Exhibit A** is a true and complete copy of the
> Board of Directors resolutions (the "Resolutions") duly adopted by
> or on behalf of the Corporation relating to the Corporation's
> voluntary petition under chapter 11 of the Bankruptcy Code and
> the retention of professionals. The Resolutions have not been
> amended, modified, or rescinded and remain in full force and
> effect on the date hereof.

IN WITNESS WHEREOF, I have hereunto signed my name to this Officer's

Certificate this ___31st___ day of ___July___, 2018.

<br>

Robert P. Lahre
Chief Executive Officer, Secretary, and
Treasurer

**EXHIBIT A**

<u>Resolutions</u>

(Attached)

## THE FAIRBANKS COMPANY

_____

### Unanimous Written Consent of Board of Directors
### to Action in Lieu of Meeting

_____

The undersigned, constituting all of the members of the Board of Directors (the "Directors") of The Fairbanks Company (the "Corporation"), a Georgia corporation, hereby consent to the adoption of the following resolutions authorizing action taken without a meeting by the Board of Directors of the Corporation pursuant to Section 821 of the Georgia Business Corporation Code, as amended, and hereby waive notice and the holding of any formal special meeting:

WHEREAS, the Corporation has been involved on an ongoing basis as a defendant in litigation in multiple jurisdictions in which claimants seek money damages for personal injury and wrongful death as a result of alleged exposure to asbestos-containing products produced, sold, or distributed by the Corporation (the "Asbestos Claims");

WHEREAS, as of the date hereof, the Corporation has outstanding against it more than 1,000 Asbestos Claims;

WHEREAS, the Corporation has insufficient resources to manage the Asbestos Claims;

WHEREAS, after years of defending the Asbestos Claims in the tort system, the Corporation has determined that it is in the best interests of the Corporation and its creditors for the Corporation to file a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), to facilitate an orderly process for a fair and efficient resolution and payment of the Asbestos Claims;

WHEREAS, on a date as soon as practicable after the date these resolutions are approved, the Corporation intends to file a voluntary petition (the "Chapter 11 Petition") for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia, Rome Division (the "Bankruptcy Court"), and to continue in the possession of its assets and in the management of its business pursuant to sections 1107 and 1108 of the Bankruptcy Code; and

WHEREAS, the Board of Directors believes that it is in the best interests of the Corporation and its creditors, employees, and stockholders to file the Chapter 11 Petition with the Bankruptcy Court, and enter into and/or file with the Bankruptcy Court certain other documentation related to the above.

NOW, THEREFORE, be it hereby

<u>Chapter 11 Petition</u>

RESOLVED, that in the judgment of the Board of Directors it is desirable and in the bests interests of the Corporation and its creditors, employees, and stockholders, and other interested parties that the Chapter 11 Petition be filed by the Corporation in the Bankruptcy Court seeking relief under chapter 11 of the Bankruptcy Code, in which the authority to operate as a debtor-in-possession will be sought, and the filing of such Chapter 11 Petition is authorized hereby; and it is

FURTHER RESOLVED, that the Chief Executive Officer of the Corporation hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to execute and verify the Chapter 11 Petition in the name of the Corporation under chapter 11 of the Bankruptcy Code, and to cause the same to be filed with the Bankruptcy Court, in such form and at such time as the authorized person executing the Chapter 11 Petition on behalf of the Corporation shall determine; and it is

FURTHER RESOLVED, that the Chief Executive Officer of the Corporation hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to execute and/or file, or cause to be executed and/or filed (or to direct others to do so on his behalf) all necessary documents including, but not limited to, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, consultants, accountants, or other professionals and to take any and all other actions, that he deems necessary, proper, or desirable in connection with the chapter 11 case; and it is

FURTHER RESOLVED, that the Chief Executive Officer hereby is, authorized and empowered, in the name and on behalf of the Corporation, to take or cause to be taken, from time to time, any and all such further action, and to execute and deliver, or cause to be executed and delivered, all such further agreements, documents, certificates, and undertakings including, but not limited to, amendments to the documents contemplated hereby following the effectiveness thereof, and to incur all such fees and expenses as in his judgment shall be necessary, appropriate, or advisable, to effectuate the purpose and intent of these resolutions; and it is

FURTHER RESOLVED, that the law firm of Reed Smith LLP, Reed Smith Centre, 225 Fifth Avenue, Suite 1200, Pittsburgh, Pennsylvania 15222, be, and hereby is, employed under a general retainer as attorneys for the Corporation in the chapter 11 case; and it is

FURTHER RESOLVED, that the law firm of Ogier, Rothschild & Rosenfeld, PC, 125 Clairemont Avenue, Decatur, GA 30030, be, and hereby is,

- 2 -

employed under a general retainer as local counsel for the Corporation in the chapter 11 case; and it is

FURTHER RESOLVED, that the Chief Executive Officer of the Corporation hereby is, authorized and empowered, in the name and on behalf of the Corporation, to retain such other professionals as he deems appropriate during the course of the chapter 11 case; and it is

FURTHER RESOLVED, that all acts lawfully done or actions taken by the Chief Executive Officer of the Corporation to seek relief on behalf of the Corporation under chapter 11 of the Bankruptcy Code, or in any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Corporation.

General

RESOLVED, that the Chief Executive Officer hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to pay all necessary and reasonable fees and expenses incurred in connection with the chapter 11 case and the transactions contemplated by these resolutions; and it is

FURTHER RESOLVED, that all actions heretofore taken by the officers of the Corporation in connection with the chapter 11 case and the transactions contemplated by the foregoing resolutions be, and each of them hereby is, approved, ratified, and affirmed in all respects; and it is

FURTHER RESOLVED, that the Chief Executive Officer hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to execute and deliver all such documents and instruments and to do all such acts or things as he shall determine to be necessary, proper, or advisable to carry out the purposes of the foregoing resolutions.

*[SIGNATURES TO FOLLOW]*

IN WITNESS WHEREOF, the undersigned have hereby executed this *Unanimous Written Consent of Board of Directors to Action in Lieu of Meeting* as of the 31st day of ___July___, 2018.

_____
Robert P. Lahre


_____
Richard W. Colburn


ATTEST:

_____
Robert P. Lahre
Secretary

- 7 -

# United States Bankruptcy Court
### Northern District of Georgia

In re    **The Fairbanks Company**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **The Fairbanks Company** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 31, 2018

Date

*/s/ William L. Rothschild*

**William L. Rothschild**

Signature of Attorney or Litigant

Counsel for    **The Fairbanks Company**

**Ogier, Rothschild & Rosenfeld, PC**
**Sandy Springs Office**
**450 Winfield Glen Court**
**Sandy Springs, GA 30342**
**404-525-4000 Fax:678-381-1175**
**br@orratl.com**

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, Robert P. Lahre, the Chief Executive Officer of the corporation named as the debtor in

this case, declare under penalty of perjury that I have read the foregoing *Corporate Ownership*

*Statement (Rule 7007.1)* and that it is true and correct to the best of my information and belief.

Dated: July 31_____, 2018

Robert P. Lahre
Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

IN RE:                                                          Chapter 11

THE FAIRBANKS COMPANY,                          Case No.

Debtor.

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| Betsy P. Colburn<br>c/o Henley Management Company<br>Attn: Andrea Mayes<br>555 Skokie Boulevard, Suite 555<br>Northbrook, IL 60062 | Common Stock | 82 |
| BMO Harris Bank, N.A.<br>Hillary P. Colburn 2011 Trust<br>c/o Henley Management Company<br>Attn: Andrea Mayes<br>555 Skokie Boulevard, Suite 555<br>Northbrook, IL 60062 | Common Stock | 220 |
| BMO Harris Bank, N.A.<br>Trevor W. Colburn 2011 Trust<br>c/o Henley Management Company<br>Attn: Andrea Mayes<br>555 Skokie Boulevard, Suite 555<br>Northbrook, IL 60062 | Common Stock | 220 |
| Delos Dunton, LLC<br>555 Skokie Boulevard , Suite 555<br>Northbrook, IL 60062 | Common Stock | 3202 |
| Keith W. Colburn, Trustee U/D/T dated 2/16/178 with Keith W. Colburn as Settlor<br>c/o Henley Management Company<br>Attn: Andrea Mayes<br>555 Skokie Boulevard, Suite 555<br>Northbrook, IL 60062 | Common Stock | 3118 |
| Keith W. Colburn, Trustee U/D/T for the benefit of Alexander J. Colburn | Common Stock | 60 |

c/o Henley Management Company
Attn:  Andrea Mayes
555 Skokie Boulevard, Suite 555
Northbrook, IL 60062

| | | |
|---|---|---|
| Keith W. Colburn, Trustee U/D/T for the benefit of Sarah J. Colburn<br>c/o Henley Management Company<br>Attn:  Andrea Mayes<br>555 Skokie Boulevard, Suite 555<br>Northbrook, IL 60062 | Common Stock | 60 |
| Richard W. Colburn, Trustee U/D/T dated 7/13/78 with Richard W. Colburn as Settlor<br>c/o Henley Management Company<br>Attn:  Andrea Mayes<br>555 Skokie Boulevard, Suite 555<br>Northbrook, IL 60062 | Common Stock | 3036 |
| Richard W. Colburn, Trustee U/D/T for the benefit of Andrew S. Colburn<br>c/o Henley Management Company<br>Attn:  Andrea Mayes<br>555 Skokie Boulevard, Suite 555<br>Northbrook, IL 60062 | Common Stock | 242 |
| Richard W. Colburn, Trustee U/D/T for the benefit of Catherine Hogel<br>c/o Henley Management Company<br>Attn:  Andrea Mayes<br>555 Skokie Boulevard, Suite 555<br>Northbrook, IL 60062 | Common Stock | 146 |
| Richard W. Colburn, Trustee U/D/T for the benefit of Elisabeth Hogel<br>c/o Henley Management Company<br>Attn:  Andrea Mayes<br>555 Skokie Boulevard, Suite 555<br>Northbrook, IL 60062 | Common Stock | 146 |
| Richard W. Colburn, Trustee U/D/T for the benefit of Erik Hogel<br>c/o Henley Management Company<br>Attn:  Andrea Mayes<br>555 Skokie Boulevard, Suite 555<br>Northbrook, IL 60062 | Common Stock | 146 |
| Richard W. Colburn, Trustee U/D/T for the benefit of Richard W. Colburn II<br>c/o Henley Management Company<br>Attn:  Andrea Mayes<br>555 Skokie Boulevard, Suite 555<br>Northbrook, IL 60062 | Common Stock | 242 |
| Robert P. Lahre<br>139 Carolyn Drive N.E. | Common Stock | 180 |

- 2 -

Eatonton, GA 31024

The Colburn School                                    Common Stock              900
Attn:  Seth Weintraub
200 S. Grand Avenue
Los Angeles, CA 90012


Dated:  July 31, 2018                    Respectfully submitted,

                          By:    /s/ *William L. Rothschild*
                                 Paul M. Singer (*pro hac vice* admission pending)
                                 Luke A. Sizemore (*pro hac vice* admission pending)
                                 REED SMITH LLP
                                 225 Fifth Avenue, Suite 1200
                                 Pittsburgh, PA 15222
                                 Telephone:  (412) 288-3131
                                 Facsimile:  (412) 288-3063
                                 Email:  psinger@reedsmith.com
                                 Email:  lsizemore@reedsmith.com

                                 William L. Rothschild
                                 GA Bar No. 616150
                                 OGIER, ROTHSCHILD & ROSENFELD, PC
                                 Sandy Springs Office
                                 450 Winfield Glen Court
                                 Sandy Springs, GA  30342
                                 Telephone:  (404) 525-4000
                                 Facsimile:  (678) 381-1175
                                 Email:  br@orratl.com

                                 *Proposed Counsel to Debtor and Debtor-in-
                                 Possession*

## DECLARATION UNDER PENALTY OF
## PERJURY ON BEHALF OF A CORPORATION

I, Robert P. Lahre, the Chief Executive Officer of the corporation named as the

debtor in this case, declare under penalty of perjury that I have read the foregoing *List of Equity*

*Security Holders* and that it is true and correct to the best of my information and belief.

Dated: _____ July 31 _____, 2018

Robert P. Lahre
Chief Executive Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment
for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| THE FAIRBANKS COMPANY, | Case No. |
| Debtor. | |

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of creditors holding the 20 largest unsecured claims against The Fairbanks Company, the debtor and debtor-in-possession in the above-captioned case, as of July 30, 2018.  The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bank. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address, including zip code* | (2)<br><br>*Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Atlanta Hardwood Corporation<br>5596 Riverview Road SE<br>Mableton, GA 30126-2914 | John Childers<br>Same address<br>404-792-2290 | Trade Debt | | $32,898.50 |
| OL USA, LLC<br>265 Post Avenue, Suite #333<br>Westbury, NY 11590 | Rigo Hernandez<br>Same address<br>516-654-7200 | Trade Debt | | $7,588.00 |
| S.I. Storey Lumber Company, Inc.<br>Attn:  Karen Storey<br>285 Sike Storey Road<br>Armuchee, GA  30105-2021 | Hal Storey<br>Same address<br>706-234-1605 | Trade Debt | | $6,550.72 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| AIE Company, Inc.<br>6670 Best Friend Road<br>Norcross, GA 30071 | Pat Burk<br>Same address<br>800-229-2431 | Trade Debt | | $5,894.50 |
| Worldwide Express<br>2501 Cedar Springs Road STE 450<br>Dallas, TX 75201-1409 | Reid Barnette<br>Same address<br>800-758-7447 | Trade Debt | | $4,989.96 |
| Durable U.S.A., Inc.<br>2801 E. Abram Street<br>Arlington, TX 76010 | Carrie Chan<br>Same address<br>972-602-9601 | Trade Debt | | $4,229.33 |
| Siskin Steel & Supply<br>1901 Riverfront Pkwy<br>Chattanooga, TN 37408-1037 | David Stine<br>Same address<br>423-756-3671 | Trade Debt | | $3,920.78 |
| North Georgia Staffing<br>Wells Fargo<br>610 Shorter Avenue, STE 22<br>Rome, GA 30161 | Julie Penny<br>Same address<br>706-622-6960 | General Warehouse Staffing | | $3,279.50 |
| FireSide Natural Gas, LLC<br>2655 Dallas Hwy, Suite 250<br>Marietta, GA 30064 | FireSide Natural Gas, LLC<br>Same address<br>678-872-0250 | Utility Service | | $2,921.48 |
| American Builders Insurance Company<br>2410 Paces Ferry Road STE 300<br>Atlanta, GA 30339-1802 | American Builders Insurance Company<br>Same address<br>673-309-4000 | Insurance Premium | | $2,018.58 |
| C.H. Robinson Worldwide, Inc. and Subsidiaries<br>14701 Charlson Road<br>Eden Prairie, MN 55347-5076 | Leigh Clouser<br>Same address<br>404-629-8399 | Trade Debt | | $1,850.00 |
| AT&T<br>2561 Piedmont Road NE C110<br>Atlanta, GA 30324-3029 | AT&T<br>Same address<br>800-235-7524 | Long Distance Telephone Service | | $1,353.87 |
| Janbar Wheel Corporation<br>810 Commerce Parkway<br>Carpentersville, IL 60110 | Yecenia Rico<br>Same address<br>847-783-1820 | Trade Debt | | $1,029.60 |

| (1)<br><br>*Name of creditor and complete mailing address, including zip code* | (2)<br><br>*Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Berliss Bearing Company<br>644 W. Mt. Pleasant Avenue<br>Livingston, NJ 07039 | Darin Vogt<br>Same address<br>973-992-4242 | Trade Debt | | $975.08 |
| Federal Express<br>2963 N. Airfield Drive<br>Dallas, TX 75261-4308 | Chris Lindsey<br>Same address<br>800-548-3020 | Trade Debt | | $899.73 |
| Valco/Valley Tool & Die<br>10020 York/Theta Drive<br>North Royalton, OH 44133 | Debbie Pearson<br>Same address<br>440-237-0160 | Trade Debt | | $886.48 |
| Holston Gases-Rome<br>703 Calhoun Avenue<br>Rome, GA 30161 | Holston Gases-Rome<br>Same address<br>706-232-6800 | Trade Debt | | $855.04 |
| Coosa Steel Corp.<br>98 Darlington Drive SW<br>Rome, GA 30161-4708 | Jim Gipson<br>Same address<br>706-235-7011 | Trade Debt | | $850.32 |
| RR Donnelley Logistics Services Worldwide Inc.<br>1000 Windham Pkwy<br>Bolingbrook, IL 60490-3507 | Richard Oref<br>Same address<br>216-661-7800 | Trade Debt | | $807.90 |
| Quill Corp.<br>100 Schelter Road<br>Lincolnshire, IL 60069 | Quill Corp.<br>Same address<br>800-789-1331 | Trade Debt | | $647.17 |

*[The remainder of this page was intentionally left blank.]*

Dated:  July 31, 2018                  Respectfully submitted,

                  By:     */s/ William L. Rothschild*
                       Paul M. Singer (*pro hac vice* admission pending)
                       Luke A. Sizemore (*pro hac vice* admission pending)
                       REED SMITH LLP
                       225 Fifth Avenue, Suite 1200
                       Pittsburgh, PA 15222
                       Telephone:  (412) 288-3131
                       Facsimile:  (412) 288-3063
                       Email:  psinger@reedsmith.com
                       Email:  lsizemore@reedsmith.com

                       William L. Rothschild
                       GA Bar No. 616150
                       OGIER, ROTHSCHILD & ROSENFELD, PC
                       Sandy Springs Office
                       450 Winfield Glen Court
                       Sandy Springs, GA  30342
                       Telephone:  (404) 525-4000
                       Facsimile:  (678) 381-1175
                       Email:  br@orratl.com

                       *Proposed Counsel to Debtor and Debtor-in-Possession*

## DECLARATION UNDER PENALTY OF
## PERJURY ON BEHALF OF A CORPORATION

I, Robert P. Lahre, the Chief Executive Officer of the corporation named as the

debtor in this case, declare under penalty of perjury that I have read the foregoing *List of*

*Creditors Holding 20 Largest Unsecured Claims* and that it is true and correct to the best of my

information and belief.

Dated: _____July 31_____, 2018

Robert P. Lahre
Chief Executive Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment
for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| THE FAIRBANKS COMPANY, | Case No. 18- |
| Debtor. | |

**LIST OF 10 LAW FIRMS THAT REPRESENT
THE LARGEST NUMBER OF ASBESTOS CLAIMANTS**

The Fairbanks Company (the "Debtor"), the debtor and debtor-in-possession in the above-captioned case, filed this chapter 11 case for the purpose of resolving all existing and future asbestos-related personal injury and wrongful death claims against the Debtor pursuant to section 524(g) of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* The Debtor understands that the ten law firms identified below represented clients with, collectively, the largest number of asbestos claims against the Debtor as of April 26, 2018—the last date such information was made available to the Debtor. The ten law firms representing the largest number of asbestos claims may have changed since April 26, 2018, as a result of settlements that have occurred in the tort system since that time.

| (1) | (2) |
|---|---|
| *Name of law firm and complete mailing address, including zip code* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* |
| Weitz & Luxenberg<br>700 Broadway<br>New York, NY  10003 | Lisa Busch<br>(212) 558-5500<br>Same address |
| Goldberg, Persky, & White, P.C.<br>1030 Fifth Ave.<br>Pittsburgh, PA 15219 | Bruce Mattock<br>(412) 471-3980<br>Same Address |
| Shrader & Associates, L.L.P.<br>3900 Essex Ln #390<br>Houston, TX 77027 | Justin Shrader<br>(713) 338-9094<br>Same Address |
| Belluck & Fox, LLP<br>546 5th Ave, 4th Floor<br>New York, NY 10036 | Joseph W. Belluck<br>(212) 681-1575<br>Same Address |

| | |
|---|---|
| Wilentz, Goldman & Spitzer P.A.<br>110 William Street, 26th Floor<br>New York, NY 10038-3927 | Kevin M. Berry<br>(646) 746-8914<br>Same Address |
| Thornton Law Firm LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 | Andrew S. Wainwright<br>(617) 720-1333<br>Same Address |
| Prim Law Firm, PLLC<br>3825 Teays Valley Road<br>Hurricane, West Virginia 25526 | Brian Alan Prim<br>(304) 201-2425<br>Same Address |
| Savinis, D'Amico, & Kane<br>707 Grant Street, Suite 3626<br>Gulf Tower<br>Pittsburgh, PA 15219 | Janice M. Savinis<br>(412) 227-6556<br>Same Address |
| The Williams Law Firm, P.C.<br>245 Park Ave, 39th Floor, Suite 71<br>New York, NY 10167 | Joseph P. Williams<br>(855) 971-0343<br>Same Address |
| Early, Lucarelli, Sweeney &<br>Meisenkothen<br>360 Lexington Ave., 20th Floor<br>New York, NY 10017 | James F. Early<br>(212) 986-2233<br>Same Address |

*[The remainder of this page was intentionally left blank.]*

- 2 -

Dated:  July 31, 2018                Respectfully submitted,

By:    /s/ *William L. Rothschild*
          Paul M. Singer (*pro hac vice* admission pending)
          Luke A. Sizemore (*pro hac vice* admission pending)
          REED SMITH LLP
          225 Fifth Avenue, Suite 1200
          Pittsburgh, PA 15222
          Telephone:  (412) 288-3131
          Facsimile:  (412) 288-3063
          Email:  psinger@reedsmith.com
          Email:  lsizemore@reedsmith.com

          William L. Rothschild
          GA Bar No. 616150
          OGIER, ROTHSCHILD & ROSENFELD, PC
          Sandy Springs Office
          450 Winfield Glen Court
          Sandy Springs, GA  30342
          Telephone:  (404) 525-4000
          Facsimile:  (678) 381-1175
          Email:  br@orratl.com

          *Proposed Counsel to Debtor and Debtor-in-Possession*

## DECLARATION UNDER PENALTY OF
## PERJURY ON BEHALF OF A CORPORATION

I, Robert P. Lahre, the Chief Executive Officer of the corporation named as the

debtor in this case, declare under penalty of perjury that I have read the foregoing *List of 10 Law*

*Firms that Represent the Largest Number of Asbestos Claimants* and that it is true and correct to

the best of my information and belief.

Dated: _____ July 31 _____, 2018

_____

Robert P. Lahre
Chief Executive Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment
for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

US_ACTIVE-140516078

## United States Bankruptcy Court
### Northern District of Georgia

In re    __The Fairbanks Company_____        Case No. _____

                                          Debtor(s)                 Chapter    __11__

## VERIFICATION OF CREDITOR MATRIX

I, the CEO, Secretary, and Treasurer of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Date:    _July 31, 2018_                    _____

                                            **Robert P. Lahre/CEO, Secretary, and Treasurer**
                                            Signer/Title

A&B Fasteners, Inc.
P.O. Box 760
Bethlehem, GA  30620

A.I.E.
6670 Best Friend Road
Norcross, GA  30071

American Builders Insurance Company
2410 Paces Ferry Road Suite 300
Atlanta, GA  30339-1802

AT&T Long Distance Serv
2561 Piedmont Rd NE C110
Atlanta, GA  30324-3029

Atlanta Hardwood Corporation
5596 Riverview Road, SE
Mableton, GA  30126-2914

Berliss Bearing Company
644 W Mt. Pleasant Ave
Livingston, NJ  07039

C.H. Robinson Worldwide
14701 Charlson Rd
Eden Prairie, MN  55347-5076

Camp Industries Inc.
P.O. Box 833
Rome, GA  30162-0833

Coosa Steel Corp.
98 Darlington Dr SW
Rome, GA  30161-4708

Davis Core & Pad Company, Inc.
P.O. Box 408
Cave Spring, GA  30124

Dixie Industrial Finish
4925 S. Royal Atlantucke
Tucker, GA  30084

Durable U.S.A., Inc.
2801 East Abram Street
Arlington, TX  76010

Fastenal Co.
P.O. Box 978
Windna, MN  55987-0978

Fastening Solutions, Inc.
P.O. Box 161842
Atlanta, GA  30321-1842

Federal Express
2963 N Airfield Dr
Dallas, TX  75261-4308

FireSide Natural Gas, LLC
2655 Dallas Hwy.
Suite 250
Marietta, GA  30064

GA Dept. of Labor
148 Andrews Young Int. BLVD, NE
Suite 752
Atlanta, GA  30303-1751

Georgia Dept. of Revenue
Processing Center
P.O. Box 740317
Atlanta, GA  30374-0317

Globaltranz Enterprises
P.O. Box 203285
Dallas, TX  75320-3285

Grainger
Dept, 883334179
Palatine, IL  60038-0001

Holston Gases-Rome
703 Calhoun Ave.
Rome, GA  30161

J&B Importers Inc.
P.O. Box 161859
Miami, FL  33116-1859

Janbar Wheel Corporation
810 Commerce Parkway
Carpentersville, IL  60110

MSC Ind. Supply Co.

P.O. Box 953635
St. Louis, MO  63195-3635

North Georgia Staffing
Wells Fargo
610 Shorter Avenue, STE 22
Rome, GA  30161

OL USA, LLC
265 Post Avenue
Suite #333
Westbury, NY  11590

Quill Corp.
100 Schelter Road
Lincolnshire, IL  60669

RR Donnelley Logistics Services Worldwide Inc.
1000 Windham Pkwy
Bolingbrook, IL  60490-3507

S.I. Storey Lumber Company, Inc.
Attn:  Karen Storey
285 Sike Storey Road
Armuchee, GA  30105-2021

Siskin Steel & Supply Co.
1901 Riverfront Pkwy
Chattanooga, TN  37408-1037

TriState Cutting Tools
1682 Buchanan HWY
Cedartown, GA  30125

Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL  60680-1741

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA  19170-0001

Valco/Valley Tool & Die
10020 York/Theta Drive
North Royalton, OH  44133

Worldwide Express

2501 Cedar Springs Rd STE 450
Dallas, TX  75201-1409