**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NUMBER: 18-41768-PWB |
| THE FAIRBANKS COMPANY, | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF**
**COMMITTEE OF ASBESTOS CLAIMANTS**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints, effective as of October 11, 2018, the following creditors to serve on the committee of asbestos claimants in the above-captioned case:

See **EXHIBIT "A"** attached.

This the 11th day of October, 2018.

        Respectfully submitted,
        DANIEL M. MCDERMOTT,
        UNITED STATES TRUSTEE REGION 21,

        *s/ Martin P. Ochs*
        MARTIN P. OCHS
        NY Bar No. MO-1203
        Georgia Bar Number 091608
        United States Department of Justice
        Office of the United States Trustee
        362 Richard B. Russell Building
        75 Ted Turner Drive
        Atlanta, Georgia   30303
        (404)-331-4437
        martin.p.ochs@usdoj.gov

**EXHIBIT "A"**

Karen Colella as Executrix for the
Estate of Dionisio Gomez
c/o Joe Belluck
Belluck & Fox
546 5th Avenue, 4th Floor
New York, NY 10036
Phone: (212) 681-1575
Email: jbelluck@belluckfox.com

James Stock
c/o Joe Belluck
Belluck & Fox
546 5th Avenue, 4th Floor
New York, NY 10036
Phone: (212) 681-1575
Email: jbelluck@belluckfox.com

Douglas Wenz
c/o Lisa Nathanson Busch, Esq.
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Phone: (212) 558-5500
Email: LBusch@weitzlux.com

James P. Digan
c/o Chris McKean
Maune Raichle Hartley French & Mudd
1015 Locust Street
Suite 1200
St. Louis, MO 63101
Phone: (314) 241-2003
Fax: (314) 241-4838
cmckean@mrhfmlaw.com

Dorothy A. Kliner, Executrix of the
Estate of James A. Kliner, Deceased
c/o Bruce E. Mattock
Goldberg, Persky & White, P.C.
11 Stanwix Street
Suite 1800
Pittsburgh, PA 15222-1312
Phone: (412) 471-3980
bmattock@gpwlaw.com