# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 )  |
|  | ) Case No. 18-41768-PWB |
| THE FAIRBANKS COMPANY, | ) ) |
| Debtor. | ) ) ) |

## NOTICE OF CANDIDATES FOR THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS SUBMITTED BY THE UNITED STATES TRUSTEE

The United States Trustee submits this Notice of Candidates for the legal representative for future asbestos claimants (the "FCR") to be appointed by the Court under 11 U.S.C. § 524(g)(4)(B)(i). At the January 18, 2019, hearing on the Motion of the United States Trustee to Appoint a Legal Representative for Future Asbestos Claimants (Dkt. 157) (the "UST Motion"), both the Debtor and the Asbestos Claimants' Committee ("ACC") withdrew their opposition and agreed to the process proposed by the United States Trustee ("UST").

The UST interviewed five candidates for the FCR, and after screening for conflicts and connections, on January 18, 2019, the UST submitted three names to the Debtor and ACC for their review and consideration: (1) Peggy L. Ableman;[1]

---

[1] Ms. Ableman is a mass torts and products liability attorney at McCarter & English, LLP, in Wilmington, Delaware, who retired after serving 30 years as a Delaware state court judge and handling an asbestos docket of approximately 500 cases while on the Superior Court of the State of Delaware.

1

(2) Joseph W. Grier III;[2] and (3) Joe D. Whitley.[3]  In addition, the UST concurrently provided all materials received from the three candidates, including résumés, presentation materials, and declarations of connections and disinterestedness.  Finally, the UST provided a list of standard interview questions asked of the candidates.

The United States Trustee submits these candidates for the Court's consideration when appointing the FCR.  The following materials are also attached for the Court's consideration:

| | |
|---|---|
| Exhibit 1 | Ableman Materials |
| Exhibit 2 | Grier Materials |
| Exhibit 3 | Whitley Materials |
| Exhibit 4 | UST Interview Questions |

All of the candidates are prepared to attend this Court's FCR appointment hearing and present their qualifications and credentials to the Court.  All were

---

[2] Mr. Grier is a commercial debtor-creditor attorney at Grier & Crisp, PA, in Charlotte, North Carolina, who has served as a court-appointed fiduciary in many matters, including as the FCR in the case of *In re Garlock Sealing Technologies, LLC*, No. 10-31607 (Bankr. W.D.N.C.) and as a chapter 7 trustee.

[3] Mr. Whitley is an attorney at Baker Donelson in Atlanta, Georgia, where he heads the Government Enforcement and Investigations Group, specializing in fraud and compliance.  Among other positions, Mr. Whitley previously served as the Acting Associate Attorney General of the United States, U.S. Attorney for the Middle and Northern Districts of Georgia, the first General Counsel for the Department of Homeland Security, and, in private practice, counsel to the Examiner in *In re Enron Corp.*, No. 01-10634 (Bankr. S.D.N.Y.).

prepared to attend on January 31, now continued, and all are available on February 19, the re-scheduled date first requested by the Debtor.

Dated: January 31, 2019

                                      DANIEL M. MCDERMOTT,
                                      UNITED STATES TRUSTEE, REGION 21

                                      *s/ Martin P. Ochs*
                                      MARTIN P. OCHS
                                      NY Bar No. MO-1203
                                      GA Bar No. 091608
                                      United States Department of Justice
                                      Office of the United States Trustee
                                      362 Richard B. Russell Building
                                      75 Ted Turner Drive
                                      Atlanta, Georgia  30303
                                      (404) 331-4437
                                      martin.p.ochs@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No. 18-41768-PWB |
| THE FAIRBANKS COMPANY, | ) |
| Debtor. | )<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019, I served a copy of this:

**NOTICE OF CANDIDATES FOR THE LEGAL REPRESENTATIVE
FOR FUTURE ASBESTOS CLAIMANTS
SUBMITTED BY THE UNITED STATES TRUSTEE**

by electronic mail at the electronic mail addresses indicated below, on the following parties:

**COUNSEL TO
DEBTOR**

William L. Rothschild, Esq.
Email: br@orratl.com

Paul M. Singer, Esq.
Luke A. Sizemore, Esq.
Email: psinger@reedsmith.com
Email: lsizemore@reedsmith.com

4

Andrew M. Roman, Esq.
Email: aroman@cohenlaw.com

David F. Russey, Esq.
Email: drussey@cohenlaw.com

### **COUNSEL TO THE COMMITTEE OF ASBESTOS CLAIMANTS**

Ann C. McMillan, Esq.
Email: amcmillan@capdale.com

Kevin C. Maclay, Esq.
Email: kmaclay@capdale.com

Leslie M. Pineyro, Esq.
Email: lpineyro@joneswalden.com

### **COUNSEL FOR ANY FUTURE CLAIMANTS' REPRESENTATIVE APPOINTED BY THE BANKRUPTCY COURT**

None

### **PARTIES FILING NOTICE OF APPEARANCE AND/OR REQUEST FOR SERVICE PURSUANT TO BANKRUPTCY RULE 2002**

Gary W. Marsh
Email: gary.marsh@dentons.com

Robert B. Millner
Email: Robert.millner@dentons.com

Bruce E. Mattock
Email: bmattock@gpwlaw.com

David M. Powlen
Email: david.powlen@btlaw.com

Kevin G. Collins
Email: kevin.collins@btlaw.com

Abby Vineyard
Email: avineyard@btlaw.com

James J. Leonard
Email: jim.leonard@btlaw.com

Lisa Nathanson Busch
Email: LBusch@weitzlux.com

## **DEBTOR'S PROPOSED FCR**

James L. Patton, Jr.
Email: jpatton@ycst.com

*/s/ Martin P. Ochs*
MARTIN P. OCHS

6