# EXHIBIT 3

## Joe D. Whitley



# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

JOE D. WHITLEY, ESQ.
MONARCH PLAZA
SUITE 1600
3414 PEACHTREE ROAD N.E.
ATLANTA, GEORGIA 30326
PHONE:    404.223.2209
FAX:         404.238.9799
jwhitley@bakerdonelson.com

January 10, 2019

**Via Email and Federal Express
(martin.p.ochs@usdoj.gov)**

Mr. Martin Paul Ochs
U.S. Department of Justice
Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Dr.
Atlanta, GA 30303

> Re:    *The Fairbanks Company,* Chapter 11 Case No: 18-41768, United States
> Bankruptcy Court for the Northern District of Georgia; Expression of Interest in
> Fiduciary Position of Future Claims Representative

Dear Mr. Ochs:

I would like to be considered for the position of representative of future holders of asbestos claims (the "FCR") in this bankruptcy case. This letter and the enclosures are provided to you in support of my application.

Baker Donelson prides itself on efficiently and economically delivering services to its clients. We believe that this engagement would offer us an opportunity to do the same for this class of asbestos claimants. It is my intention, if selected, to use my Firm colleagues as counsel. Therefore, this submission will not only include information about my qualifications and experience to serve as the FCR, but will also include information about certain individuals in my Firm who I expect to assist me with the engagement.

I, and the other members of my team, have reviewed the docket activity in this case, and we have familiarized ourselves with the salient issues. In particular, we understand that the Debtor is seeking to move quickly to plan confirmation. We also understand that the Debtor has negotiated the terms of a contribution from Liberty Mutual, which is to at least partially fund a trust pursuant to Section 524(g) of the United States Bankruptcy Code.

The role of the FCR in this case will be to review the work that has been done thus far and to negotiate on behalf of the future claimants—not only the terms of the plan of reorganization, but specifically the terms governing the administration of the trust. My team and I are critically aware of the importance of making sure that future claimants are able to recover at

Mr. Martin Paul Ochs
U.S. Department of Justice
January 10, 2019
Page 2 of 2

the same level as current claimants. We also understand that meeting this goal has been a challenge in prior cases and we will endeavor to do all we can to improve the return to future claimants in this case. With that in mind, we intend to take a critical look at the proposed trust structure and governance with the hope of making adjustments that will preserve value of the trust corpus for future claimants.

We believe the team we have assembled to assist is uniquely qualified to perform those functions and at a price significantly less than that proposed by FCRs in other cases. For instance, my hourly rate will be $805, which is significantly less than the representative that the Debtor proposed. My lead counsel, Jan Hayden and Kevin Stine, will bill at hourly rates of $535 and $450, respectively. I have rounded out my proposed team with colleagues Katy Furr and Tim Colletti in our Atlanta office, who will be billed at hourly rates of $445 and $295, respectively, as cost-efficient resources where appropriate. These rates are expected to be significantly lower than rates proposed by other candidates.

Attached you will find resumes for myself and my colleagues. I have also provided some information about the corporate restructuring practice of the Firm and, in particular, our work for fiduciaries in the bankruptcy arena. Of course, should you have any questions, please feel free to contact me.

Sincerely,

Joe D. Whitley

Enclosures



PROPOSAL TO SERVE AS
FUTURES REPRESENTATIVE

# THE FAIRBANKS COMPANY

BAKER DONELSON

## Our Practice

# EXPERIENCE

**Our Bankruptcy group has a national practice with extensive first-hand experience acting as United States Trustees, representing Creditors' Committees, Bondholders' Committees, Trustees Examiners, and Debtors in Chapter 11 cases.**

## Proposed Team

We propose that Joe Whitley act as the Future Claims Representative. He intends to seek court authority to engage Baker Donelson as his counsel and anticipates that the lawyers from the Firm leading this engagement on his behalf will be Kevin Stine and Jan Hayden.

**Mr. Whitley** had an extensive and decorated career as a government lawyer. Throughout his Department of Justice career, he served under five United States Attorneys General and four Presidents in a number of key operational and policy positions, including U.S. Attorney, Acting Associate Attorney General in the DOJ, and as the first General Counsel of the United States Department of Homeland Security (DHS) – the highest ranking legal official in DHS. In private practice, he represents clients nationally and internationally in white collar criminal matters and regulatory enforcement, corporate internal investigations, Foreign Corrupt Practices Act (FCPA) and U.S. export controls and compliance. During his career, Mr. Whitley has served as a fiduciary often and brings a clear understanding of the requirements of such a role to this engagement. His experience working with Neal Batson as Examiner in the Enron matter as well as his experience as a Special Master for the Northern District of Georgia indicates his willingness and ability to discharge such duties. His participation will bring both gravitas and unquestioned integrity to this role.

## Examples of Mr. Whitley's Relevant Fiduciary Representation

- Worked for Examiner Neal Batson in the Enron bankruptcy and served specifically as a liaison with a number of state and federal entities including, among others, the DOJ, various U.S. Attorney Offices, the FBI, and the Manhattan District Attorney's Office.

- Appointed by Judge Tim Batten of the Northern District of Georgia in 2016 to serve as a Special Master upon the recommendation of both the plaintiff's counsel and the defendant's counsel in a case involving the City of Atlanta's compliance with a court ordered settlement in the illegal and unconstitutional raid of a gay nightclub in Atlanta. Preceding his appointment as Special Master, Mr. Whitley was selected by the city to conduct a thorough investigation of the raid. His team generated a 600-page report that was universally recognized as a document that was both thorough and fair to all of the parties.

- Appointed by the Court of Appeals for the D.C. Circuit Court of Appeals to conduct a highly sensitive investigation. The report that was generated has been kept out of the public record, but it has been utilized as a template in other similar investigations.

- In positions as Associate Attorney General at the DOJ and later as General Counsel at the DHS, Mr. Whitley coordinated with the Office of Inspector General and Chief Ethics Officer compliance by senior officials at both agencies with the Ethics in Government Act.

- As a federal prosecutor in two federal districts and later as the third-highest ranking DOJ official at Main Justice, Mr. Whitley was charged with maintaining the confidentiality of highly sensitive information, including information and testimony developed by numerous federal grand juries investigating sensitive matters involving allegations concerning the misconduct of local, state, and federal officials.

- Mr. Whitley served as a member of the Terrorist Working Group during President George W. Bush's Administration under the highest security clearances that were then available. He also had such clearances at the DHS and currently holds a security clearance.

- Moreover, while Mr. Whitley has vast experience in a variety of relevant roles, as illustrated above, it bears noting that he also has substantial experience with practice and procedure in United States Bankruptcy Courts, and in particular, in the Northern District of Georgia. By way of example, Mr. Whitley was appointed to serve as successor to Judge Sacca in the role of Unsecured Claims Administrator in the Chapter 11 case styled as *In re Centennial Healthcare Corporation*, in the United States Bankruptcy Court for the Northern District of Georgia, Case No. 02-bk-74974-JEM when Judge Sacca transitioned from private practice to the bench. In short, Mr. Whitley is no stranger to trustee engagements in bankruptcy proceedings or the types of issues that emerge when employed as a fiduciary for creditors of the estate.

**Jan Hayden**, a fellow in the American College of Bankruptcy, has practiced in the bankruptcy arena for nearly 40 years. She has served as counsel to the Debtor, Trustee, Liquidating Plan Trustee, and Committee of Creditors in numerous matters and has served as a trustee in both Chapter 11 and 7 bankruptcies. Particularly relevant to this engagement, Ms. Hayden served as debtor's counsel in the Babcock & Wilcox matter where she participated in every aspect of the case from its filing to claims analysis of both asbestos and non-asbestos claims, formulation of the plan, and the confection of the trust documents governing the asbestos claimants trust. Mr. Whitley anticipates drawing on this experience to assist him.

**Kevin Stine** works in the Atlanta office with Mr. Whitley and has been a member of the State Bar of Georgia for over 20 years. He is an active member of the Atlanta Bar Association's Bankruptcy Section and American Bankruptcy Institute. He also has extensive experience in all aspects of civil litigation practice in state and federal courts, bankruptcy cases, adversary proceedings, arbitrations, and mediations, with particular emphasis over the past 10 years in creditor's rights, bankruptcy, and other insolvency proceedings. Mr. Stine has also represented fiduciaries in his practice, including most recently assisting Mr. Whitley as Special Master in the City of Atlanta matter and representing a state-court appointed receiver of a construction firm.

**Katy Furr** is based in the Atlanta office. She has represented secured and unsecured creditors in a variety of matters, including Chapter 11, Chapter 7 and Chapter 13 bankruptcy cases, involuntary petitions, section 363 sale issues, cash collateral issues, lien priority and avoidance actions, preference actions, rejection/assumption of executory contracts, stay relief actions, asset recovery and disposition, contested confirmation hearings, adversary proceedings and bankruptcy appeals to district court. Ms. Furr served as a law clerk to Chief Judge Wendy Hagenau with the United States Bankruptcy Court for the Northern District of Georgia.

**Tim Colletti** has substantial experience in bankruptcy and debtor-creditor matters, including more than five years serving as a judicial law clerk in the U.S. Bankruptcy Courts for the Middle District of Georgia and the Northern District of Georgia. In private practice, Mr. Colletti has represented individuals and institutional clients, on both the debtor side and the creditor side. He is in the Atlanta office.

## Examples of Relevant Bankruptcy Representation

- Church Street Health Management, LLC – Served as lead counsel to the Official Committee of Unsecured Creditors in the Chapter 11 proceedings of this Tennessee-based pediatric dental management company with over 60 clinics located in several states, and subsequently – after the bankruptcy plan was approved – the liquidating trustee serving as fiduciary; case resulted in a significant dividend to unsecured creditors and the preservation of insurance-related assets for the benefit of existing and potential future claimants. The ultimate distribution to the mass tort claimants under the liquidating trust represented the largest mass tort settlement ever approved by the United States Bankruptcy Court for the Middle District of Tennessee.

- Babcock & Wilcox – Served as as co-counsel in its asbestos bankruptcy.

- Blankenship Farms, LP – Currently representing Trustee in a Chapter 11 Liquidation and the companion Chapter 7 case. Involved with liquidation of real and personal property, allowance and objections to claims filed.

- BEP Creditor's Trust – Represented the Liquidating Trustee under a confirmed Chapter 11 Plan in the liquidation of assets, including allowance and objections to claims filed. The company was owner/operator of nursing homes and related facilities nationwide. This representation lasted from 2006-2016.

- Offshore Specialty Fabricators, LLC – Representing Unsecured Creditors Committee and successfully proposed a Chapter 11 Plan of Liquidation

- Knight Oilfield Tools – Currently representing the Unsecured Creditors Committee wherein our team has been able to more than double the distribution to unsecured creditors proposed under a lender-sponsored plan in case where the debtor sought to restructure the $230 million of debt of 14 debtors.

- Virgin Oil Company – Represented the liquidation trustee in the final wind-down of a contentious oil and gas liquidation that involved the resolution of significant issues regarding the estate's exposure for P&A obligations.

- Served as special Medicare counsel for a publicly traded company in a national OIG/Medicaid/DOJ investigation of its long-term care businesses. Served as special Medicare counsel in its ultimate Chapter11 reorganization – the largest SNF bankruptcy to date. Worked closely with the CMS General Counsel's office addressing cutting edge issues of successor liability and assumption of liabilities in CHOWs and bankruptcy proceedings.

- Represented an examiner in conducting investigation and evaluating the proposed settlement in Chapter 11 proceedings of a major national retail bank in Delaware.

- Served as counsel for operating trustees in various Chapter 11 proceedings in Tennessee and Louisiana.

- Served as counsel for post-confirmation liquidating trustees.

- Served as counsel for the debtor in the Chapter 11 case for Saint Mary Hospital in Philadelphia; the hospital property was sold, cleared of asbestos, subdivided and converted into low-income apartments for seniors and an adult day health care center.

- Represented multiple casino operators as debtors in Chapter 11 cases.

- Represented the committee of secured creditors in the liquidation, pursuant to a negotiated plan, of a public land development, sales, construction, property management and brokerage company in the Unishelter, Inc. (Wisconsin) Chapter 11 case.

- Served as counsel to the Statutory Liquidator for the State Board of Insurance of the State of Texas, and Permanent Receiver of the Texas Fire and Casualty Company in the Allied Fidelity Corporation, et al. (property and casualty insurance holding company and subsidiaries) Chapter 11 cases.

- Served as court-appointed examiner to review potential litigation against former officers and directors of publicly held company in Chapter 11 proceedings.

## Examples of Committee Representation

- Offshore Specialty Fabricators, LLC (Gulf Coast fabricator confirmed plan in southern District of Texas)

- Francis Drilling Fluids, Ltd. (Oil service company pending in the Southern District of Texas)

- Mission Coal Company, LLC et al (A metallurgical coal company pending in Alabama)

- Pen Holdings, Inc. (coal mining and leasing companies)

- Case Knife Corporation (manufacturer of high end cutlery)

- Buster Brown Apparel (children's wear manufacturer)

- Chattanooga Coke & Chemical Company (foundry coke producer and coal mine operator)

- The Krystal Company (national fast food retailer)

- Lundy Enterprises, Inc. (64-unit Pizza Hut franchisee)

- Freide Goldman Halter (shipbuilder and energy related construction contractor)

- Jitney Jungle Stores of America, Inc. (multi-state retail grocery operator)

- Orion Refining Corporation (oil refinery) (special counsel for real estate and mineral law issues)

- SandRidge Energy, Inc. ( represented Ad Hoc Committee of Shareholders )

- University General Health System, Inc. (S.D. Tex.) (represented member of Creditors' Committee and Post-Confirmation Committee)

BAKER DONELSON

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| THE FAIRBANKS COMPANY, | ) | CASE NO. 18-41768-PWB |
| | ) | |
| Debtor. | ) | |

### DECLARATION OF DISINTERESTEDNESS OF JOE WHITLEY

I, Joe D. Whitley, pursuant to 28 U.S.C. § 1746 hereby declare, under penalty of perjury:

1. I am a shareholder in the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC (Baker Donelson) in the Firm's Atlanta, Georgia and Washington, DC offices located at 3414 Peachtree Road NE, Monarch Plaza, Suite 1600, Atlanta, Georgia, 30326, and 901 K Street NW, Suite 900, Washington, DC 20001.

2. I am an attorney-at-law admitted in and in good standing to practice before the courts of the state of Georgia and the District of Columbia and the Federal Courts for the District of Columbia, the Middle and Norther Districts of Georgia, the United States Court of Appeals for the Tenth and Eleventh Circuits, the District of Columbia Court of Appeals, and the Supreme Court of the United States.

3. I submit this declaration in connection with my possible appointment as the representative of future asbestos claimants (the "FCR") in above captioned Chapter 11 case of the Fairbanks Company (the "Debtor").

4. The facts set forth below are based upon my personal knowledge or discussions with other shareholders and associates of Baker Donelson, and client-matter records of Baker Donelson reviewed by myself or my colleagues acting under my supervision and direction. If appointed as FCR, I will supplement this declaration if additional information becomes available during the pendency of the case.

5. To assist me in the performance of my duties as FCR, I intend to apply to the Court to retain Baker Donelson as my principal counsel. In the event that it is necessary to engage additional professionals, I will apply to the Court for their retention.

6. I have reviewed the docket in these proceedings and the provisions of Section 524 (g) of the Bankruptcy Code. I understand the duties and responsibilities of the FCR and, if my appointment is approved, I will perform them to the best of my abilities. In particular I understand that it is the responsibility of the FCR to represent the interests of the unknown future asbestos victims who may not have yet manifested harm from their exposure to the asbestos products produced by the Debtor and/or who may not be aware of the filing of these proceedings. It is my understanding that the role of the FCR is to represent those interests in the confection of a plan of reorganization as well as and almost more importantly, in the confection of the trust documents which will govern the operations of the trust into the future. I understand that it is the job of the FCR to ensure that future claimants have the same or similar access to the benefits of the trust to be formed as contemplated by Section 524 (g).

7. I make the following disclosures to establish that I am (i) qualified to act as FCR in these Chapter 11 cases and (ii) a "disinterested person" as that term is defined in Section 101 of the Bankruptcy Code.

8. Over the course of my career, I have investigated, and been involved in numerous fraud and fraud related investigations.

9. I have not taken on any other assignment or project in respect of the Debtors' cases.

10. I am not, nor is Baker Donelson, an insider of the Debtors. Neither Baker Donelson nor I hold any claim, debt, or equity security of the Debtors.

11. No member of Baker Donelson has been, within two (2) years from the date of the filing of the Debtors' Petitions, a director, officer, or employer of the Debtors as specified in sub-paragraph (C) of 11 U.S.C. § 101 (14). Neither I nor Baker Donelson possesses an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors.

12. I am not a relative of any Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of Northern of Georgia, the United States Trustee (Region), or any person employed by the United States Trustee (Region).

13. Neither I nor Baker Donelson has ever previously represented the Debtor. Neither I nor Baker Donelson has previously represented the Debtor's affiliates, any of their related parties, partners, or subsidiaries, or any other party-in-interest in these cases except as set forth below.

14. Neither I nor Baker Donelson will undertake the representation of the Debtor or related entities in any matter or in any other party-in-interest in connection with the Debtor's case during this engagement.

15. Although Baker Donelson has diligently checked for conflicts, in the course of its business, Baker Donelson may have represented parties which are, or may consider themselves to be, creditors or parties-in-interest in the Debtor's pending Chapter 11 cases, or otherwise to have interests in these cases. However, Baker Donelson has not consulted with or represented any party-in-interest in connection with the Debtor's cases.

16. In the event Baker Donelson discovers any other parties which may consider themselves to be creditors or parties-in-interest in the pending Chapter 11 cases, it will amend this Declaration.

17. In preparing this Declaration, I performed, or caused to be performed, searches of Baker Donelson's client database based upon the parties identified in the Debtors' Schedules. Neither I nor Baker Donelson has any personal connection with the Debtors or any other party-in-interest in these Chapter 11 cases except as disclosed above.

18. I represent that neither I nor Baker Donelson will represent any client (other than Baker Donelson representing me as FCR) in connection with these Chapter 11 cases.

19. If appointed FCR, Baker Donelson and I will continue to disclose any additional information concerning entities having a connection to the Debtors and will file appropriate supplemental disclosures with the Court, if warranted.

20. As required by 11 U.S.C. § 504, neither Baker Donelson nor I have agreed to share any compensation or reimbursement received in connection with these Chapter 11 cases with another person or entity.

21. I understand that the FCR shall be compensated and reimbursed for his expenses pursuant to any procedures for interim compensation and reimbursement of expenses of professionals that are established in this case and that compensation and reimbursement of the FCR shall be determined pursuant to 11 U.S.C. § 330, and compensation and reimbursement of the FCR's professionals shall be determined pursuant to standards equivalent to those set forth in 11 U.S.C. § 330.

22. I further understand that any request for payment from the Debtors' estates for compensation and reimbursement of expenses shall be made in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of the United States Bankruptcy Court for the Northern District of Georgia and Orders of this Court, and the United States Trustee's applicable guidelines.

23. For all of the foregoing reasons, I believe that my appointment as FCR is in the interest of creditors, any equity security holders, and other interests of Debtors' estates.

24. The foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: January 10, 2019

Joe D. Whitley



## Joe D. Whitley

**Shareholder**

Atlanta | T: 404.223.2209 | E: jwhitley@bakerdonelson.com
Washington | T: 202.508.3436

Joe D. Whitley chairs the Firm's Government Enforcement and
Investigations Group.

 Overview

**Mr. Whitley represents clients nationally and internationally in white collar criminal matters and regulatory enforcement, corporate internal investigations, Foreign Corrupt Practices Act (FCPA) and U.S. export controls and compliance. He also advises clients on corporate compliance, health care fraud and FDA-related matters.**

Mr. Whitley has had a wide-ranging career in the Department of Justice (DOJ). During the Ronald Reagan and George H.W. Bush administrations, he served as Acting Associate Attorney General, the third-ranking position at Main Justice. He was appointed by Presidents Reagan and Bush, respectively, to serve as the U.S. Attorney in the Middle and Northern Federal Districts of Georgia. Throughout his career, Mr. Whitley served under five U.S. Attorneys General and four Presidents in a number of key operational and policy positions. Earlier in his career, Mr. Whitley served as an Assistant District Attorney in the Chattahoochee Judicial Circuit in Columbus, Georgia. Mr. Whitley maintains strong professional relationships with the state and federal law enforcement community.

In 2003, Mr. Whitley was appointed by President George W. Bush as the first General Counsel of the U.S. Department of Homeland Security (DHS), the highest ranking legal official at DHS. He held that position for two years working for DHS Secretaries Tom Ridge and Michael Chertoff, before returning to private practice.

Mr. Whitley leads a team of lawyers in the Firm's Government Enforcement and Investigations practice group who conduct sensitive high level investigations for both public and private sector institutions. Mr. Whitley's practice focuses on corporate defense and representation of clients in complex civil and criminal enforcement matters brought by the DOJ, other federal agencies, State Attorneys General and local prosecutors. He has represented numerous individuals and corporations in major government investigations throughout the United States and internationally. Mr. Whitley is a frequent speaker on white collar, compliance and corporate governance issues.

*Homeland Security Experience*

- General Counsel for the Department of Homeland Security (DHS), and responsible for providing legal advice to more than 180,000 employees of the Department.
- Responsible for directing the creation of a single legal department from the legal departments of the 22 agencies that were combined in the formation of DHS.
- Responsible for supervision of a total of 1,800 plus lawyers in agencies, directorates and offices, including attorneys in the following components, as these components were configured in 2006, of DHS:

# Joe D. Whitley

Washington | T: 404.223.2209 | E: jwhitley@bakerdonelson.com

- U.S. Secret Service (USSS);
- U.S. Coast Guard (USCG);
- Transportation Security Administration (TSA);
- U.S. Citizenship and Immigration Services (CIS);
- U.S. Customs and Border Protection (CBP);
- Federal Emergency Management Agency (FEMA);
- Federal Law Enforcement Training Center (FLETC);
- U.S. Immigration and Customs Enforcement (ICE);
- The Directorates for Border and Transportation Security;
- Information Analysis and Infrastructure Protection (IAIP);
- Emergency Preparedness and Response and Science and Technology (PRST); and
- The Offices for Privacy, Civil Rights and Civil Liberties.

- Responsible for a budget in excess of $10 million in the front office of General Counsel.
- Provided legal assistance to Secretary Tom Ridge and Secretary Michael Chertoff on key legal issues, such as:
  - Worked closely with General Counsel counterparts throughout the federal government at the White House, Departments of Justice; State, Treasury, Defense and other agencies to include the coordination of counterterrorism and federal law enforcement initiatives;
  - Responsible for responding to frequent Congressional inquiries, and the timely proposal and adoption of hundreds of regulations;
  - Provided guidance and input to staff attorneys representing the department in litigation on a variety of matters; and
  - Worked closely with the Office of the Inspector General in conducting reviews of various department programs and responding to issues raised by those reviews.

*Private Sector Homeland Security Experience*

- Provides counsel to major corporations on public policy and legislative issues, such as:
  - Chemical Facility Anti-Terrorism Standards (CFATS) implementation;
  - SAFETY Act applications for certification and designation by DHS;
  - Disaster recovery and forward-looking mitigation strategies;
  - Cyber-security and critical infrastructure protection;
  - Immigration compliance;
  - Customs and trade compliance;
  - Laws and regulations affecting all segments of the transportation industry; and

# Joe D. Whitley

Washington | T: 404.223.2209 | E: jwhitley@bakerdonelson.com

- — Vulnerability assessments for members of the energy sector to include the broad spectrum of environmental regulations.
- Assisted in Homeland Security consultation and internal investigations for major U.S. defense contracting company.
- Assist companies with government procurement and contracting issues with DHS.

*Prosecution Experience*

- Assistant District Attorney
- U.S. Attorney for the Northern District of Georgia
- U.S. Attorney for the Middle District of Georgia
- Deputy Assistant Attorney General Criminal Division
- Principal Deputy Associate Attorney General
- Acting Associate Attorney General

## Representative Matters

**White Collar Defense**
- Represented numerous clients regarding bid rigging and kickback investigation by the Department of Justice.
- Defended a U.S. publicly traded chemical company in a major environmental criminal investigation convincing the government that no criminal charges should be filed against the company.
- Served as primary outside counsel for Homeland Security advice for major chemical company.
- Representation of health care providers, hospitals, pharmaceutical companies/labs, etc. in qui tam Civil False Claims Act (FCA) investigations.
- Representation of Urocor in FCA case – *U.S. ex rel. Worner v. Urocor, Inc.*
- Represented a public school system in an internal investigation of land purchase practices.
- Defended a metal manufacturer against alleged violations of The Resource Conservation Recovery Act (RCRA).
- Defended a municipal waste water utility in a Clean Water Act (CWA) investigation.
- Defended a Middle East-based company against allegations of criminal and civil wrongdoing regarding U.S. government procurement.
- Defended a former NBA athlete in a grand jury investigation and criminal RICO matter regarding allegations of money laundering.
- Represented corporate employees in a Foreign Corrupt Practices Act investigation.
- Represented a corporate employee in a criminal antitrust market allocation conspiracy investigation.
- Represented a major food manufacturer regarding Food and Drug Administration (FDA) violations in an FDA and Department of Justice criminal investigation of salmonella poisoning.

# Joe D. Whitley

Washington  |  T: 404.223.2209  |  E: jwhitley@bakerdonelson.com

- Represented several individuals in Presidential pardon matters.
- Represented a client in a grand jury investigation handled by the Antitrust Division of DOJ regarding the antitrust and FCPA conduct of one of the world's leading tire and rubber companies
- Defended a chiropractor in a criminal investigation of billing practices to Medicare and Medicaid.
- Represented a major insurance carrier in a criminal grand jury investigation of commissions reporting practices and disclosure to customers.
- Represented the City of Boulder, Colorado – *Wolf v. Ramsey*
- Assisted one of the most renowned suppliers of corporate eLearning and eTraining content within German-speaking countries with Web-based training support on Foreign Corrupt Practices Act.
- Advised a major university on business continuity issues and assisted with FEMA coordination to insure full recovery following Hurricane Katrina.
- Advised a poultry company targeted in an Immigration and Customs Enforcement (ICE) raid for immigration violations.
- Worked with a number of public companies to structure and conduct internal investigations.

## Professional Honors & Activities

- Member, American Bar Association
  - Past Chair, Administrative Law and Regulatory Practice Section (2014 – 2015)
    - Chairman, Nominating Committee (2015)
    - Liaison to Standing Committee on Law and National Security (2015 – present)
    - Chair (2013 – 2014)
    - Chair-Elect (2012 – 2013)
    - Vice Chair (2011 – 2012)
  - Chair, Fundraising Committee
  - Co-chairman, Homeland Security and National Defense Committee
  - Former Council Member
  - Member, Board of Governors Cybersecurity Legal Task Force
  - Member, Criminal Justice Section
    - Committee on Homeland Security
    - Former Council Member
  - Frequent Speaker, Sponsored Events
  - Member, Litigation Section, Antitrust Litigation Committee

# Joe D. Whitley

Washington | T: 404.223.2209 | E: jwhitley@bakerdonelson.com

- After tenure at the Department of Homeland Security, founded and co-chaired the annual Homeland Security Law Institute, sponsored by the ABA Administrative Law and Regulatory Practice Section; Currently serves as chair of the Institute
- Listed in *The Best Lawyers in America* in the areas of Administrative/Regulatory Law since 2001; White Collar Criminal Defense (2013 – 2015, 2018 – 2019); Corporate Compliance Law (2017 – 2019)
    - "Top 100 Lawyers in Georgia" since 2011
- Named the *Best Lawyers'* 2019 and 2016 Atlanta Administrative/Regulatory Law "Lawyer of the Year"
- Listed in *Chambers USA: America's Leading Business Lawyers* since 2013
- Listed in *Washington DC & Baltimore's Legal Leader*, "Top Rated Lawyers" (2013)
- Listed in *Washington, D.C. Super Lawyers* since 2012
- Listed in *Georgia Super Lawyers* since 2010
- Listed among the top 100 lawyers in Georgia by *Georgia Super Lawyers* (2015 – 2018)
- Listed in *Georgia Trend* magazine "Legal Elite" since 2008
- Member of interdisciplinary group charged with making recommendations to the Department of Homeland Security (DHS) regarding the use of geospatial information, Final report submitted to DHS (Fall 2005)
- AV® Preeminent™ Peer Review Rated by Martindale-Hubbell
- Co-chair, advisory board for the Judge Alfred P. Murrah Center for Homeland Security Law and Policy, Oklahoma City University School of Law
- Adjunct Professor, George Washington University Law School (GW), Homeland Security Law (2006)
- Adjunct Professor, American University (AU), Washington College of Law, Homeland Security Law (2005)
- Board Member, Federal Bar Association, Atlanta Chapter, Advisory Board
- Member, Georgia State Bar Association
- Member, District of Columbia Bar Association
- Member, Federal Bar Association
- Member, National Association of Former U.S. Attorneys (NAFUSA)
- Member, Federalist Society, International & National Security Law Practice Group, Executive Committee
- Recipient, Volunteer of the Year, Administrative Law and Regulatory Practice Section Admissions
- Hon. Deputy Chief, Atlanta Police Department (APD)
- Board Member, Atlanta Police Foundation (APF), Board of Directors
- Elected, The Fellow of the American Bar Foundation (ABF)

# Joe D. Whitley

Washington  |  T: 404.223.2209  |  E: jwhitley@bakerdonelson.com

- Non-Resident Fellow (NRF), The Center for International Trade & Security (CITS), University of Georgia (2019)
- Former Board Member, National Association of Former United States Attorneys (NAFUSA)
- Co-chair of the Advisory Board, Judge Alfred P. Murrah Center for Homeland Security Law and Policy at Oklahoma City University School of Law
- Chosen by the U.S. Court of Appeals for the District of Columbia Circuit to serve as Chief Counsel to the Judicial Committee to investigate whether cases in the U.S. District Court for the District of Columbia were assigned improperly
- Served as a member of the U.S. Census Monitoring Board that was responsible for structuring the 2000 U.S. Census. The issue was ultimately resolved by the U.S. Supreme Court, which accepted the approach recommended by the Board
- Member of the team chosen to assist the Enron Corporation Examiner during bankruptcy proceedings and coordinate all criminal aspects of the case with the U.S. Department of Justice and other law enforcement agencies
- Former Member, Dow Chemical, Independent Advisory Panel to the Board
- Participated in a special purpose advisory committee to review a number of issues related to homeland security and chemical plant security
- Board of Visitors Advisory Board Member, University of Georgia School of Public and International Affairs (SPIA)
- Board Member, Washington Legal Foundation (WLF), Legal Policy Advisory Board

## Publications

- "George H.W. Bush Appeared on a 1976 Sunday Talk Show. It Changed a Georgia Lawyer's Life," *Daily Report* (December 2018)
- "Manafort Plea Reminds Us Of Whitewater," *Law360* (September 2018)
- Co-author – "Cybersecurity Public Private Partnerships: Challenges and Opportunities," *Law Journal Newsletters' Cybersecurity Law & Strategy* (February 2017)
- Featured – "Former Homeland Security GC: Trump Immigration Order Is Constitutional," *Daily Report* (January 2017)
- Co-author – "How to Value Compliance Programs, Internal Investigations," *Daily Report* (July 2016)
- Co-author – "What To Do Before Government Agents Come Knocking," *Attorney at Law Magazine Metro Atlanta*, Vol. 5 No. 1 (March 2016)
- Co-author – "Creating Value in FCPA Investigations Through Increasing Cooperation Credit," *FCPA Report* (January 2016)
- Featured – "Attorney of the Month," *Attorney at Law Magazine*, Metro Atlanta edition, Volume 4, Issue 3 (January 2016)

## Joe D. Whitley

Washington  |  T: 404.223.2209  |  E: jwhitley@bakerdonelson.com

- Guest Commentary – "WLF Overcriminalization Timeline: Deferred-Prosecution and Non-Prosecution Agreements," Washington Legal Foundation (November 2015)
- Co-author – "Lessons for General Counsel from Recent Cyberattack on the U.S. Office of Personnel Management," *Daily Report* (August 2015)
- Quoted – "The Morning Risk Report: Drop in FCPA Independent Monitors Continues in 2013," *The Wall Street Journal* (July 2013)
- Quoted – "Likely FBI Nominee to Face NSA Debate," *The Wall Street Journal* (June 2013)
- Mentioned – "Judge Approves New Scheduling Order in Expedia Case," *Ledger-Enquirer* (February 2012)
- Co-author – "Homeland Security and Domestic Intelligence: Legal Considerations," *The U.S. Intelligence Community Law Sourcebook*, American Bar Association, 2011 Edition (August 2011)

## Speaking Engagements

- Panel Moderator – "Ethical Guidance in the Corporate Board Room," American Bar Association (ABA) Regional Southeastern White Collar Crime Institute, Braselton, Georgia (September 2018)
- Program Co-chair – American Bar Association (ABA) Regional Southeastern White Collar Crime Institute, Braselton, Georgia (September 2018)
- "National Institute on Health Care Fraud" (May 2018)
- "Federal Bar Association's Current Issues in Government Investigations" (April 2018)
- "The 32nd Annual National Institute on White Collar Crime" (February 2018)
- "Georgia ICLE Health Care Fraud Institute" (December 2017)
- Program Chair – "Health Care Fraud Institute," State Bar of Georgia - Institute of Continuing Legal Education (December 2017)
- "Baker Donelson Compliance Symposium" (November 2017)
- "Cybercon 2017" (October 2017)
- "The Role of Lawyers in Cybersecurity," Homeland Security Law Institute, George Washington University, Washington D.C. (September 2017)
- "The State of Homeland Security and the Rule of Law," National Security Program and the National Security Law Association, George Washington University Law School, Washington, D.C. (September 2017)
- "ABA Criminal Justice Section's Southeast White Collar Crime Institute" (September 2017)
- Panelist – "2017 NACUA Annual Conference" (June 2017)
- "Cybercon 2016" (September 2016)
- "ABA Criminal Justice Section's Southeastern White Collar Crime Institute" (September 2016)
- Panelist – "ABA's 30th Annual National Institute on White Collar Crime" (March 2016)

# Joe D. Whitley

Washington  |  T: 404.223.2209  |  E: jwhitley@bakerdonelson.com

- "Georgia ICLE Criminal Practice Seminar" (February 2016)
- "Nuts & Bolts of Criminal Practice," Georgia ICLE Criminal Practice Seminar (February 2016)
- Panelist – "ABA Criminal Justice Section Global White Collar Crime Institute" (November 2015)
- Panelist – "Plenary Session II – Cybersecurity," CJS International White Collar Crime Institute hosted by the American Bar Association Criminal Justice Section, London, United Kingdom (October 2015)
- Panel Moderator – "ABA CJS Southeastern White Collar Crime Institute" (September 2015)
- Panelist – "Foreign Corrupt Practices Act (FCPA): Doing Business Internationally," 10th Annual ABA Homeland Security Law Institute (August 2015)
- Panelist – "10th Annual ABA Homeland Security Law Institute" (August 2015)
- Moderator – "Cybersecurity: A U.S. and Israeli National Security Perspective," Securing Your Future: Staying Ahead of Developments in Cybersecurity and its Impact on Technology, Advanced Manufacturing, Logistics, Health Care and Energy, Atlanta, Georgia (August 2015)
- "Cybersecurity Forum with Israel and the American South," Atlanta, Georgia (August 2015)
- Moderator – "ABA's 25th Annual Institute on Health Care Fraud" (May 2015)
- Co-chair/Speaker – American Bar Association (ABA) Regional Southeastern White Collar Crime Institute, Atlanta, Georgia (January 2014)
- Co-chair/Speaker – Georgia Bar ICLE Foreign Corrupt Practices Act (FCPA) Seminar, Atlanta, Georgia (2010-2013)
- "Infrastructure to Support Your Investigation," American Conference Institute (ACI) 30th International Conference on the FCPA, Washington, D.C. (November 2013)
- Co-chair/Speaker – Georgia Bar ICLE Annual Southeastern Health Care Fraud Institute, Atlanta, Georgia (2003-present)
- "The Globalization of Enforcement Actions and International Investigations," 2nd Annual International White Collar Crime, London, UK (October 2013)
- "Navigating Corporate Internal Investigations," American Corporate Counsel (ACC) Meeting (October 2013)
- "You've Discovered and Investigated an FCPA Violation, Now What? Determining your Threshold for Voluntarily Disclosing and What to Do When Corruption Allegations Become Public Post – Disclosure," ACI FCPA Boot Camp, San Francisco, California (October 2013)
- Chair/Speaker – ABA Administrative Law and Regulatory Practice Section Annual Homeland Security Law Institute (HSLI), Washington, D.C. (2005-present)
- "Is There a Pathway to Citizenship?: Surveying the Current Status of Federal and State Immigration Reform," Georgia Lawyer Chapter of the American Constitution Society (September 2013)
- "Trends in FCPA and Anti – Bribery Enforcement," ABA 8th Annual Homeland Security Law Institute, Washington, D.C. (June 2013)
- "Export Controls," GA ICLE FCPA Seminar (June 2013)

# Joe D. Whitley

Washington | T: 404.223.2209 | E: jwhitley@bakerdonelson.com

- "Trial Practice Demonstration – *U.S. v. Patel* (W.D. La.)," American Bar Association's 23rd Annual National Institute on Health Care Fraud, Miami, Florida (May 2013)
- "Federal Agents are in the Lobby: Preparing for & Responding to the Search of a Corporate Client," Georgia Bar ICLE White Collar Crime Institute (March 2013)
- "Government Enforcement – Federal and State Health Care Fraud Initiatives," Georgia Bar ICLE Health Care Fraud Institute, Atlanta, Georgia (December 2012)
- "Trial Practice Demonstration – *State of Texas v. Khaled Jabboury*," American Bar Association, 22nd Annual National Institute on Health Care Fraud (December 2012)
- Co-chair/Speaker – Georgia Bar ICLE Corporate Internal Investigations Seminar, Atlanta, Georgia (January 2012)
- "The Foreign Corrupt Practices Act: Defending the FCPA Case," Georgia Bar ICLE White Collar Crime Institute (January 2012)
- "In-House Counsel in the Crosshairs? Personal Liability for Corporate Violations," Institute for Continuing Legal Education in Georgia, Corporate Counsel Institute, Atlanta, Georgia (December 2011)
- "Careers in National Security," ABA Administrative Law & Regulatory Practice Section Brown Bag Conference & Webinar, Washington, D.C. (October 2011)
- "Trial Practice Demonstration – *U.S. v. Fallah, et al* (S.D. Texas)," The 21st Annual ABA National Institute on Health Care Fraud, Miami Beach, Florida (May 2011)
- "Economic Sanctions and Export Controls," American Bar Association, 25th Annual National Institute on White Collar Crime, San Diego, California (March 2011)

## Webinars

- Campus Investigations: Protecting Legal Defenses While Uncovering the Truth (August 2017)

## Education

- University of Georgia School of Law, J.D.
- University of Georgia, B.A.

## Admissions

- District of Columbia
- Georgia
- U.S. District Court for the District of Columbia
- U.S. District Court for the Middle and Northern Districts of Georgia
- U.S. Court of Appeals for the Tenth Circuit Court of Appeals

BAKER DONELSON

9

# Joe D. Whitley

Washington. | T: 404.223.2209 | E: jwhitley@bakerdonelson.com

- U.S. Court of Appeals for the Eleventh Circuit Court of Appeals
- District of Columbia Court of Appeals
- District of Columbia Superior Court
- Supreme Court of the United States
- U.S. Court of Appeals for the Armed Forces Court of Appeals
- U.S. Court of Appeals for the District of Columbia Circuit Court of Appeals



Joe Whitley of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC has expertise on internal investigations and the full range of white-collar criminal issues. He has notable experience advising on FCPA cases.

**FROM CHAMBERS USA 2015**





# Jan M. Hayden

**Shareholder**

New Orleans | T: 504.566.8645 | E: jhayden@bakerdonelson.com

Jan Hayden has handled bankruptcy and insolvency issues for her clients for more than 35 years.

 ## Overview

**Ms. Hayden has practiced in the corporate workout and bankruptcy arena for more than 38 years. As a shareholder in the Firm's New Orleans office and a member of the Financial Services Department, her practice is concentrated on assisting clients with restructuring and creditors' rights both in and out of bankruptcy proceedings. She has represented creditors and debtors in mass tort bankruptcies. She represents trustees, debtors-in-possession, committees and creditors in a broad spectrum of industries that includes manufacturing, real estate, hotels, gambling, nursing homes, airlines, convenience stores and retail operations as well as individuals. Some of her more unique clients have been an alligator farm, a horse racing track and a world's fair.**

Ms. Hayden serves on the American College of Bankruptcy board and two terms as the chairperson of the Consumer Protection, Lender Liability and Bankruptcy Section of the Louisiana State Bar Association. For several years she has served as co-chair of the Louisiana State Bar Association's Continuing Legal Education Committee.

## Representative Matters

- Represented the Debtor in Possession engaged in the oilfield service industry in connection with the successful reorganization of $60 million in debt.
- Represented 30 nursing home entities throughout the United States in confirming a plan within excess of $85 million of claims.
- Most recently represented the Unsecured Creditors' Committee in a restructure of more than $230 million in debt of 14 debtors in the oilfield service industry and successfully doubled the recovery of unsecured creditors.
- Represented both debtors and unsecured creditors' committees in a number of convenience store operator cases.
- Represented several debtors in possession in numerous apartment complex cases for properties located in Louisiana and Texas.
- Represented debtors, creditors and equity holders in distressed hotel operations both in and out of Chapter 11 proceedings.
- Represented the trustee, creditors, equity interests in various nursing home matters, including most recently a multi-state matter pending in the Western District of Louisiana of more than 30 debtors.

# Jan M. Hayden

New Orleans | T: 504.566.8645 | E: jhayden@bakerdonelson.com

- Represented the debtors-in-possession in confirming liquidating plans in the Louisiana World's Fair, Jazzland and Fairgrounds Corporation.
- Represented various purchasers of assets through 363 sales and plans of reorganization including the acquisition of a world-famous restaurant in the French Quarter.

## Professional Honors & Activities

- Fellow – American College of Bankruptcy
- Board Member – American College of Bankruptcy (2018 – 2019)
- Board Member – American College of Bankruptcy Foundation
- Fellow – American Bar Foundation
- Recipient – Michelle Mendez Award, Fifth Circuit Bankruptcy, 2016
- Recipient – Woman of the Year in Restructuring Award, International Women's Insolvency & Restructuring Confederation, 2011
- Listed in *The Best Lawyers in America*® since 1993 in Bankruptcy Law
- Named *The Best Lawyers in America*® 2013 New Orleans Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law "Lawyer of the Year;" 2014 and 2012 New Orleans Bankruptcy Litigation "Lawyer of the Year;" 2010 New Orleans Bankruptcy and Creditors' Rights "Lawyer of the Year"
- Named among "Ones to Watch" by *New Orleans City Business*, 2013
- Recognized as a "Top Lawyer" by *New Orleans Magazine*, 2013, 2015 – 2017
- Named among "Women of the Year" by *New Orleans City Business,* 2012
- Recipient – *New Orleans City Business* 2010 and 2015 Leadership in Law Award
- Listed in *Chambers USA: America's Leading Business Lawyers* in Bankruptcy/Restructuring since 2010
- Recipient – Louisiana State Bar Association 2009 Pro Bono Publico Award
- Since 2007 listed as one of the top 10 lawyers in Louisiana; one of the top 25 female attorneys in Louisiana; one of the top 50 attorneys in Louisiana and New Orleans by *Louisiana Super Lawyers*; ranked as the #1 lawyer in Louisiana, 2013
- Chair – Louisiana State Bar Association MCLE Committee
- Fellow – Louisiana State Bar Foundation, Member of the Grants Committee
- Chairperson – Louisiana State Bar Bankruptcy Section
- Member – Louisiana, New Orleans, American and Federal Bar Associations
- Vice President – New Orleans Bar Association Board of Directors
- Member – American Bankruptcy Institute
- Named to Louisiana State University Hall of Fame

# Jan M. Hayden

New Orleans | T: 504.566.8645 | E: jhayden@bakerdonelson.com

- Member – Board of Directors for Turnaround Management Association, New Orleans Chapter
- Member – IWIRC, Member of the Board of the Louisiana Network
- Chair – Pro Bono Project of New Orleans
- Chair – Second Harvest Food Bank of Greater New Orleans and Acadiana Board
- Vice Chair – MCLE Committee for the State of Louisiana

## Publications

- "Baker's Dozen – 13 of the Best Places to Visit in the Big Easy," *Women's Initiative Newsletter* (December 2017)
- Co-author – "New Laws, Regulations Complicate Energy Company Chapter 11s," *Journal of Corporate Renewal* (September 2015)
- Author – "Meet the New Sharif: Bankruptcy Court Jurisdiction in the Wake of Wellness International," *Baker Donelson's Financial Services Law Blog* (June 2015)
- Author – "Representing Creditors in the Changing Chapter 11 Landscape," *Creditors Rights in Chapter 11*, Aspatore (2014)

## Speaking Engagements

- Speaker – "Third Party Releases and Exculpations," ABA Business Bankruptcy and NCBJ Annual Meeting, San Antonio, Texas (November 2018)
- Panelist – "Commercial and Chapter 11 Issues and Developments," 24th Annual Bankruptcy Law Seminar, LSU Law Center (November 2018)
- Speaker – "Professionalism: Even After Go Set a Watchman, Atticus Finch is not out of style!," LSU Law Alumni (October 2018)
- Moderator – "Ethics Truth of Consequences," New Orleans Bar Association Bench Bar Conference (April 2018)
- Panelist – "Commercial Bankruptcy Decisions That Impact Consumer Bankruptcy Cases, and Vice Versa," Fifth Circuit Bench Bar Conference, New Orleans (February 2018)
- Panelist – "Catch Me if You Can: Strategies to Stop the Shell Game – Successor Liability," National Association of Bankruptcy Trustees Annual Convention (2017)
- Speaker – "Professional … Who is and Who is Not," New Orleans Bar Association (December 2017)
- Speaker – "Litigating in Bankruptcy Court: First Things First – Don't Tell the Bankruptcy Court You Know Nothing About Bankruptcy…and Other Helpful Hints," Louisiana State Bar Association (December 2017)
- Co-presenter – "In the Oil Patch, 363 Sales Ain't What They Used to Be," American College of Bankruptcy, Fifth Circuit Program (April 2016)

# Jan M. Hayden

New Orleans | T: 504.566.8645 | E: jhayden@bakerdonelson.com

- Speaker and Co-author – "O.K. Since Marathon, We Have Been Talking About Bankruptcy Court's Authority to Decide...Did Wellness International Settle Anything?," Louisiana State Bar Association (December 2015)

- Speaker – "Chapter 11: Representing the Trustee, the Debtor, the Unsecured Creditors Committee," Louisiana State Bar Association (December 2015)

- Speaker – "Bankruptcy for Non Bankruptcy Lawyer Association of General Counsel" (November 2015)

- Speaker – "The Interplay of Bankruptcy and Oil and Gas Law," New Orleans Bar Association (October 2015)

- Speaker – "Bankruptcy for Non Bankruptcy Lawyers," Louisiana State Bar Association's Annual Meeting, San Destin, Florida (June 2015)

- Speaker – "Preparing for the Worst ? What to Do When Your Debtor Declares Bankruptcy," National Oil Service and Supply Group Meeting of NACM Gulf Coast, Houston, Texas (March 2015)

- Speaker – "Litigations Skill Panel," ABI Consumer Bankruptcy Conference (January 2015)

- Speaker – "Bankruptcy Recent Developments," Louisiana Bankers Association; Bank Counsel Conference (December 2014)

- Speaker – "So You Lost Below? Don't Despair There Is Hope in the District Court and Beyond," Mississippi Bankruptcy Annual Seminar (December 2013)

- Speaker – "Can You Really Confirm This Plan? An Analysis of Various Plans' Provisions From Real Chapter 11 Cases," Louisiana State Bar Association (December 2012)

- Speaker – "Avoiding Pitfalls in Bankruptcy: Lessons Learned," Louisiana State Bar Association (December 2012)

- Co-chair – Fifth Circuit Bench-Bar Bankruptcy Conference sponsored by The Center for American and International Law (February 2012)

- Speaker and Co-author – "Notices Issues Within Consumer and Commercial Cases," LSU Bankruptcy Law seminar (October 2011)

- Speaker and Co-author – "What Is A Creditor Or Debtor to Do When Going Through the Confirmation Process?," Louisiana State Bar Association (December 2009)

- Speaker and Co-author – "The View From The Ledge: Bankruptcy Practice In These Uncertain Times," Louisiana State Bar Association (July 2009)

- Speaker and Co-author – "The Direct Appeal under BAPCPA: Percolate or Microwave? How Litigants and the Courts Determine if an Appeal Should Go Directly to the Circuit Court," American Bar Association (October 2007)

- Speaker and Co-author – "Channeling Injunctions and Third Party Debt: Can I Skip the Bankruptcy and Still Dump the Debt?," Louisiana State Bar (September 2007)

- Speaker and Co-author – "Professionalism in Bankruptcy Court – A Little More Than Quoting Emily Post?," panel discussion, Louisiana State Bar (September 2007)

- Speaker – "The Art of the Workout," Louisiana Bankers Association and TMA (January 2006)

# Jan M. Hayden

New Orleans | T: 504.566.8645 | E: jhayden@bakerdonelson.com

- Speaker – "Recent Developments in Mass Tort and Insurance Bankruptcy," ABA Spring Meeting (January 2006)
- Speaker and Co-author – "I Don't Do Bankruptcy, I Don't Need to Know About the New Laws...Do I?," FBA (January 2005)

## Webinars

- Stories from the Trenches of America's Rising Health Care Insolvencies (November 2018)
- As the Oil and Gas World Churns (July 2016)

## Education

- Paul M. Hebert Law Center of Louisiana State University, J.D., 1979
    - Order of the Coif and *Law Review*
- Louisiana State University, B.A., 1976

## Admissions

- Louisiana, 1979
- All District Courts of Louisiana
- U.S. Fifth Circuit Court of Appeals



The experienced Jan Hayden is *'truly one of the leaders in the Louisiana legal market,'* according to impressed interviewees. Her practice is focused on Chapter 11 reorganizations.

**FROM CHAMBERS USA 2015**





# Kevin A. Stine

**Shareholder**

Atlanta | T: 404.223.2207 | E: kstine@bakerdonelson.com

Kevin Stine represents individuals and businesses of all sizes from proprietorships to Fortune 500s in contract negotiations, commercial litigation and bankruptcy proceedings.



## Overview

**Based in the Atlanta office, Mr. Stine has extensive experience in all aspects of trial practice in state and federal courts, bankruptcy cases, adversary proceedings, arbitrations and mediations. Mr. Stine focuses his practice on resolving contract disputes, bankruptcy and insolvency, loan restructuring and workouts, real estate and related financing matters, foreclosures, receiverships and post-judgment collection activities.**

Mr. Stine builds long-standing relationships with clients allowing for a more in-depth understanding of their businesses, their day-to-day challenges, and the unique legal issues in their industries. This in turn enables Mr. Stine to provide proactive and cost-effective advice and counsel to clients.

## Representative Matters

- Obtained full recovery for a mortgage lender in a real estate investor's chapter 11 bankruptcy case, including post-default interest and legal fees.
- Secured multiple judgments for a bank lender against commercial borrowers and guarantors and pursued post-judgment collection action to recover monies for client.
- Represented a bank lender and successfully prosecuted adversary proceeding against bankruptcy debtor resulting in final judgment of non-dischargeability.
- Defended a company and successfully opposed an involuntary bankruptcy petition filed by six creditors, resulting in judge's dismissal of case against client.
- Negotiated favorable consent judgment for secured lender in declaratory judgment action involving validity of security instruments and lien priorities in Georgia real estate.
- Successfully defended a vendor's breach of contract suit and obtained favorable summary judgment ruling for clients.
- Obtained the trial court's dismissal of petition challenging judgment creditor's collection action; decision affirmed by Georgia Court of Appeals.
- Assisted a bank client with several commercial property foreclosures and subsequent REO sales.
- Represented floor plan financing lenders with repossession, foreclosure, and bankruptcies involving multiple automobile dealerships in Florida and Georgia and obtained substantial judgments against dealer principals.

# Kevin A. Stine

Atlanta | T: 404.223.2207 | E: kstine@bakerdonelson.com

- Represented assignee of commercial loan secured by self-storage facility in Georgia in borrower's bankruptcy case, followed by bankruptcy case of the guarantors and post-judgment collection litigation. Our client recovered the full loan balance plus legal fees and expenses.

- Represented a hedge fund investor in a suit brought by a bankruptcy trustee to "claw back" investment returns of approximately $700,000 based on allegations that the hedge fund had operated as an unlawful Ponzi scheme. We obtained a dismissal of the suit based on improper service, overcoming the trustee's argument that a dismissal would bar the trustee from re-filing suit by virtue of the expiration of the statute of limitations between the original filing and the dismissal.

- Represented individual lessee of a condominium in litigation against the client's landlord to terminate the lease after the landlord failed to make repairs to the condo before the client's move-in date, after having accepted a security deposit and six months of pre-paid rent totaling over $4,000, and then refusing to refund the money. Initially a default judgment for $15,000 was obtained and then set aside based on a clerical error in the clerk's notice of trial. At the new trial, the judge awarded $15,000 to the client, including legal fees, which the landlord appealed. While the appeal was pending, the parties entered into a settlement agreement, the ex-landlord defaulted, and we assisted our pro bono client with reducing settlement to money judgment and acquiring title to the condo by a sheriff's sale. Our client ended up with ownership of the condo.

- Successfully defended medical diagnostic company against an involuntary Chapter 7 bankruptcy petition filed by a minority owner and several alleged creditors. Following a three-day trial, the bankruptcy judge granted our motion to dismiss the case, finding that there were not enough eligible creditors to sustain the petition because most of the claims were subject to a "bona fide dispute as to liability or amount" within the meaning of Section 303(b) of the Bankruptcy Code. In so ruling, the judge reserved jurisdiction to hear our motion for attorneys' fees, costs, and damages against the petitioning creditors for future decision, resulting in a favorable settlement for our client.

- Represented a Florida real estate developer, securing summary judgment on its behalf in a dispute with a creditor centering around a $3.5 million loan modification agreement. The court's ruling that the creditor was bound by and the developer had complied with the modification agreement resulted in saving the developer approximately $1.5 million and attorney's fees.

- Chapter 11 bankruptcy debtor and major creditor sued our client, seeking a determination that our client's mortgage lien was invalid under Georgia law. An adverse ruling would have meant our client's claim would have changed from a first-priority lien against the debtor's primary assets to the lowest-priority general unsecured claim. The judge granted our motion for summary judgment, essentially validating the mortgage lien, notwithstanding the fact that no mortgage had ever been recorded.

- Secured a victory for a bank following a three-day bench trial. After repossessing, marketing, and reselling a tour bus for musicians, the client sued the motor coach company and its principal to collect a deficiency. The court awarded judgment in favor of our client for the entire amount sued upon, plus attorney's fees.

- Represented a creditor in a guarantor's bankruptcy case involving an equipment financing transaction. Our investigation of the guarantor and cross-examination during the bankruptcy case led to the guarantor settling the creditor's claim with a stipulated judgment in state court.

- Successfully represented an automotive company's financing arm in dealer litigation the U.S. District Court for the Northern District of Florida. The client suspended financing and foreclosed security interest under loan agreements with two dealerships in Florida and Georgia. The dealer then filed

# Kevin A. Stine

Atlanta | T: 404.223.2207 | E: kstine@bakerdonelson.com

Chapter 11 bankruptcy to appoint a receiver, and the client obtained the appointment of a trustee, who ultimately sold the dealerships. The dealer subsequently filed a lender liability suit against the client, alleging damages in excess of $30 million. After Baker Donelson proved the plaintiff's damages report was fraudulently exaggerated, the court found in favor of our client.

- Defended a bank in an adversary proceeding brought by the spouse of a borrower, who argued that the bank's failure to halt a foreclosure sale after the bankruptcy filing violated the bankruptcy stay. Successfully obtained a dismissal.

## Professional Honors & Activities

- Listed as a Super Lawyer by *Georgia Super Lawyers* in Bankruptcy: Business (2015 – 2018)
- Selected as one of the top 100 attorneys in Georgia by *Georgia Super Lawyers* (2016, 2017, 2018)
- Named a Georgia Rising Star by *Georgia Super Lawyers* (2012, 2013)
- Named to *Georgia Trend's* Legal Elite in the area of Bankruptcy/Creditors' Rights (2009, 2012, 2013)
- Member – State Bar of Georgia (Creditors' Rights Section)
- Member – American Bankruptcy Institute
- Member – Atlanta Bar Association (Litigation and Bankruptcy Sections)
- Member – American Bar Association (Business Law, Litigation, and Tort Trial and Insurance Practice Sections)
- Member – Sandy Springs Bar Association
- Fellow, Atlanta Bar Foundation
- 2006 TIPS National Trial Academy

## Publications

- Co-author – "Early 2014 CFPB Activity Signals Tough Times," *Law360* (March 2014)
- "CFPB's First Consent Order of 2014 Addresses RESPA Section 8(a) Kickback Scheme" (February 26, 2014)

## Speaking Engagements

- "The Interplay Between Bankruptcy and Forensic Accounting," Georgia Chapter of the Association of Certified Fraud Examiners (December 2018)
- "Get it in Writing: Five Contracts Too Risky to Live Without" (August 2014)
- "Treatment of Taxes in Bankruptcy," National Business Institute CLE seminar (December 2011)
- "Divorce Settlement Issues in Bankruptcy," National Business Institute CLE seminar (December 2011)

# Kevin A. Stine

Atlanta | T: 404.223.2207 | E: kstine@bakerdonelson.com

## Webinars

- Georgia Bankruptcy Laws and Obligations (March 2017)

## Education

- Emory University School of Law, J.D., 1998
- Florida State University, B.S. in Accounting, 1995

## Admissions

- Georgia, 1998
- North Carolina, 2018
- All trial and appellate level state courts in Georgia, including Georgia Supreme Court and Georgia Court of Appeals
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. District Court for the Northern, Southern and Middle Districts of Georgia
- U.S. District Court for the Northern District of Florida



Firms can add value by providing education and training. Kevin has done this for us and it's extremely valuable. And we hear from Kevin a lot just to check in on us. He does a good job building the relationship.

**GENERAL COUNSEL OF THE FINANCIAL DIVISION AT A FULL-LINE AUTOMAKER**



BAKER DONELSON

19



# Kathleen G. Furr

**Shareholder**

Atlanta | T: 404.221.6533 | E: kfurr@bakerdonelson.com

Katy Furr represents individuals, businesses and financial institutions of all sizes in a wide variety of bankruptcy, creditors' rights and other business-related litigation in state and federal court.

 ## Overview

Based in the Atlanta office, Ms. Furr has represented secured and unsecured creditors in a variety of matters, including Chapter 11, Chapter 7 and Chapter 13 bankruptcy cases, involuntary petitions, section 363 sale issues, cash collateral issues, lien priority and avoidance actions, preference actions, rejection/assumption of executory contracts, stay relief actions, asset recovery and disposition, contested confirmation hearings, adversary proceedings and bankruptcy appeals to district court.

Her practice also includes representation of mortgage servicers in bankruptcy-related mortgage litigation and representation of individuals, businesses, and financial institutions with respect to resolving contract disputes, foreclosures, receiverships and post-judgment collection activities.

Ms. Furr's prior experience includes serving as a law clerk to Chief Judge Craig Whitley with the United States Bankruptcy Court for the Western District of North Carolina and Judge Wendy Hagenau with the United States Bankruptcy Court for the Northern District of Georgia.

## Representative Matters

- Successfully defended and obtained a dismissal and subsequent favorable settlement in a Chapter 7 involuntary case on behalf of her client, the alleged Chapter 7 debtor, following a three-day trial.
- Successfully secured multiple judgments for lender clients against commercial borrowers and guarantors and pursued post-judgment collections to recover monies for client.
- Successfully argued and obtained summary judgment in favor of all defendants involving a breach of contract claim relating to a food services contract.
- Assisted various financial institution clients with commercial property foreclosures.
- Represented financial institution client on multiple occasions as to bankruptcy stay relief orders and successful state court recovery of its collateral.
- Successfully obtained dismissal of various bankruptcy adversary proceeding complaints against mortgage servicing clients in a variety of bankruptcy contexts.
- Successfully defended medical diagnostic company against an involuntary Chapter 7 bankruptcy petition filed by a minority owner and several alleged creditors. Following a three-day trial, the bankruptcy judge granted our motion to dismiss the case, finding that there were not enough eligible creditors to sustain the petition because most of the claims were subject to a "bona fide dispute as to

# Kathleen G. Furr

Atlanta | T: 404.221.6533 | E: kfurr@bakerdonelson.com

liability or amount" within the meaning of Section 303(b) of the Bankruptcy Code. In so ruling, the judge reserved jurisdiction to hear our motion for attorneys' fees, costs, and damages against the petitioning creditors for future decision, resulting in a favorable settlement for our client.

- Obtained favorable ruling on Motion for Judgment on the Pleadings in a contract dispute with a property owner and lessor involving a cell phone tower lease. The court adopted our client's interpretation of the applicable lease provisions and entered an order in our client's favor.
- Obtained dismissal of a lawsuit brought against a large financial institution by a bankruptcy debtor alleging willful violation of a bankruptcy stay.

## Professional Honors & Activities

- Named a "Rising Star" by *Georgia Super Lawyers* in Bankruptcy: Business (2017, 2018)
- Nominated as an "Attorney to Watch" in 2018 by *Atlanta Attorney at Law Magazine*
- Named as one of Georgia's Outstanding Young Lawyers by *Atlanta Magazine* (2018)
- Named as one of Georgia's Legal Elite in Bankruptcy & Creditors' Rights by *Georgia Trend Magazine* (2013)
- Recipient – Cobb County Legal Aid Pro Bono Star
- Member – International Women's Insolvency and Restructuring Confederation
- Member – The W. Homer Drake, Jr. Georgia Bankruptcy American Inn of Court

## Civic Honors & Activities

- Former Big Sister – Big Brothers Big Sisters of Atlanta

## Publications

- "Sharing the Mental Load: Tips and Tricks to Get Your Sanity Back," *Women's Initiative Newsletter* (May 2018)
- Co-author – "Silence Is Golden? Rose and Its Focus on Real Property Surrendered in Chapter 13," *American Bankruptcy Institute Journal* (January 2015)
- "Spotlight on Bankruptcy: Basic Bankruptcy for Mortgage Litigators" (July 17, 2014)

## Speaking Engagements

- "The Interplay Between Bankruptcy and Forensic Accounting," Georgia Chapter of the Association of Certified Fraud Examiners (December 2018)
- "Start-ups: Strategies and Solutions for Female Entrepreneurs (Atlanta)" (August 2015)
- "4th Annual Wrap It Up CLE Event (Atlanta)" (December 2014)

# Kathleen G. Furr

Atlanta | T: 404.221.6533 | E: kfurr@bakerdonelson.com

- "Tweet This, Not That: A Guide to Social Media and Legal Ethics," Women's Initiative Committee (December 2014)
- "Remedial Action in Southeastern States: Georgia," webinar (May 2014)

## Webinars

- Georgia Bankruptcy Laws and Obligations (March 2017)
- Remedial Action in Southeastern States: Georgia (May 2014)

## Education

- Emory University School of Law, J.D., 2008, with honors
  - Managing Editor, *Emory Bankruptcy developments Journal*
- Clemson University, B.S., 2005, magna cum laude

## Admissions

- Georgia, 2008
- Georgia Supreme Court, 2011
- Georgia Court of Appeals, 2011
- United States Court of Appeals for the Eleventh Circuit
- United States District Court for the Northern, Middle, and Southern Districts of Georgia
- United States Bankruptcy Court for the Northern, Middle, and Southern Districts of Georgia



# Timothy J. Colletti
**Attorney**
Atlanta  |  T: 404.443.6743  |  E: tcolletti@bakerdonelson.com

Tim Colletti is a bankruptcy and creditors' rights attorney in the Atlanta office.

## Overview

**Mr. Colletti's substantial experience in bankruptcy and debtor-creditor matters includes more than five years serving as a judicial law clerk in the U.S. Bankruptcy Courts for the Middle District of Georgia and the Northern District of Georgia.**

In private practice, Mr. Colletti has represented individuals and institutional clients, on both the debtor side and the creditor side.

## Professional Honors & Activities

- Member – Georgia Bar Association (2010 – Present)
  - Editor in Chief – *Georgia Bar Journal* (2015 – 2017)

## Publications

- Co-author – "Bankruptcy," 64 *Mercer Law Review* 849 (Summer 2013)

## Education

- Mercer University, Walter F. George School of Law, J.D., 2009, magna cum laude
  - *Mercer Law Review*, Senior Managing Editor
- University of Georgia, B.A. in Political Science, 2004, summa cum laude

## Admissions

- Georgia, 2009
- Illinois, 2012
- United States District Court for the Northern District of Georgia, 2010
- United States District Court for the Middle District of Georgia, 2014