# EXHIBIT 4

# Candidate Interview Questions

**INTERVIEW QUESTIONS FOR FCR CANDIDATES**

1. What do you see as the role of an FCR in a bankruptcy case?

2. What do you see as the challenges or obstacles in the Fairbanks case in general and in representing future claimants in the case in particular?

3. What particular skills, experience, and qualities do you bring that are relevant to serving as an independent and effective FCR?

4. What specific things would you do to protect the interests of future claimants?

5. Do you have any insights based on the Garlock case or other related litigation that it has generated?

6. Given that negotiations often entail compromises, are there things that you consider non-negotiable in a plan to protect the future claimants?

7. What measures would you take to ensure a cost-effective and efficient representation, i.e., what is your proposed staffing plan, and how would you control costs?

8. Other than the UST, have you had any discussions with parties or professionals in Fairbanks or in other asbestos cases about serving in this case?  Who?

9. Have you ever served as a fiduciary appointed to represent future or unknown tort victims (including representations involving asbestos as well as non-asbestos torts, and including bankruptcy cases, non-bankruptcy settlements, and post-bankruptcy trusts)?  If so, what was the nature of your service, and what were your major accomplishments?  What steps did you take to ensure the integrity of the claims process?

10. Have you reviewed the interested parties list and determined if you have any connections to disclose or potential conflicts?

11. Given that the Debtor and the ACC strongly oppose the USTP's proposed process for providing FCR candidates other than the Debtor's nominee for the Court's consideration, are you prepared to be cross examined and possibly deposed by them?  From that perspective, how would you expect them to oppose your candidacy or your qualifications for the job?